STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

JAY JOHNSON *(Admitted Pro Hac Vice)*
1910 Pacific Avenue, Suite 13000
Dallas, TX 75201
Phone: 214-451-0164
Fax: 214-451-0165
Email: jay@kjpllc.com

*Attorney(s) for Battery Conservation Innovations, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BATTERY CONSERVATION INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CORSAIR GAMING, INC.,<br><br>Defendant. | CASE NO.: 4:21-cv-07322-JST<br><br>**UNOPPOSED MOTION TO STAY DEADLINES AND NOTICE OF SETTLEMENT**<br><br>Honorable JON S. TIGAR |

**TO THE HON. JON S. TIGAR, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil Local Rule 6-3, Plaintiff Battery Conservation Innovations, LLC ("Plaintiff" and/or "BCI") subject to the approval of the Court, hereby files this Unopposed Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

Plaintiff and Defendant Corsair Gaming, Inc. ("Defendant" and/or "Corsair") have reached an agreement in principle that will settle and dispense of this matter. The Parties are in the process of memorializing the terms of a written settlement agreement. The parties anticipate that they will be able to perform such terms within thirty (30) days. Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the parties, including all deadlines, up or until May 18, 2022. Defendant is unopposed to the relief requested herein.

Good cause exists for granting this Unopposed Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

Dated: April 18, 2022                    Respectfully submitted,

*/s/Jay Johnson*
JAY JOHNSON *(Admitted Pro Hac Vice)*
1910 Pacific Avenue, Suite 13000
Dallas, TX 75201
Phone: 214-451-0164
Fax: 214-451-0165
Email: jay@kjpllc.com

Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

**Attorney(s) for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2022, the foregoing document was served on all counsel of record via electronic transmittal delivery (email).

*/s/Jay Johnson*
**Jay Johnson *(Admitted Pro Hac Vice)***