UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATTERY CONSERVATION INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CORSAIR GAMING, INC.,<br><br>Defendant. | Case No. 21-cv-07322-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 44 |

Plaintiff Battery Conservation Innovations, LLC, has filed a notice of settlement stating that the parties "are in the process of memorializing the terms of a written settlement" and "anticipate that they will be able to perform such terms within thirty (30) days." ECF No. 44 at 2.

Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 30 days of the date of this order.

**IT IS SO ORDERED**.

Dated: April 19, 2022



JON S. TIGAR
United States District Judge